**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JIAN HANG HUANG, | No. 08-70657 |
| Petitioner, | Agency No. A094-787-863 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011**

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Jian Hang Huang, a native and citizen of China, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's ("IJ") decision denying his application for asylum and withholding of

removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial

———————

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act. *See Shrestha v. Holder*, 590 F.3d 1034, 1039 (9th Cir. 2010). We deny the petition for review.

The IJ found Huang not credible for several reasons, including the omission of material events from Huang's asylum application, as well as an inconsistency between Huang's testimony that he had been sterilized and medical evidence indicating Huang had not been sterilized. In light of these findings, substantial evidence supports the IJ's adverse credibility determination. *See id.* at 1040-44 (adverse credibility determination was reasonable under the Real ID Act's "totality of the circumstances"). In the absence of credible testimony, Huang's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**